UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD BOSARGE                                    CIVIL ACTION

VERSUS                                             NO. 14-2153

CHERAMIE MARINE LLC                                SECTION "H"

JURY VERDICT FORM

(1) Do you find from a preponderance of the evidence that Plaintiff Richard Bosarge had an accident on July 18, 2014?

    We, the jury, unanimously find:

    _____ YES          ✓ NO

If the answer to Question (1) is "YES," please proceed to Question (2). If "NO," please proceed to Question (5).

(2) Do you find from a preponderance of the evidence that Defendant Cheramie Marine, LLC, was negligent under the Jones Act?

    We, the jury, unanimously find:

    _____ YES          _____ NO

If the answer to Question (2) is "YES," please proceed to Question (3). If "NO," please proceed to Question (5).

1

(3) **Do you find that Defendant Cheramie Marine's negligence was a cause, in whole or in part, of the damage or the injury to Plaintiff Richard Bosarge?**

    We, the jury, unanimously find:

    _____ YES            _____ NO

If the answer to Question (3) is "YES," please proceed to Question (4). If "NO," proceed to Question (5).

(4) **What amount, if any, do you find will fairly and adequately compensate the Plaintiff Richard Bosarge for the injuries he sustained as a result of the July 18, 2014 accident?**

    We, the jury, unanimously find:

a. Past loss of income and/or benefits      $_____

b. Future loss of income and/or benefits      $_____

c. Future medical expenses      $_____

d. Pain and suffering, past, present, and future      $_____

e. Mental anguish, past, present, and future      $_____

f. Physical disability, past, present and future      $_____

**(5) Do you find from a preponderance of the evidence that when he applied for employment with the Defendant Cheramie Marine, the Plaintiff Richard Bosarge intentionally misrepresented or concealed material medical facts during his pre-employment medical examination and interview process, and that the facts which were concealed were causally linked to the injuries he suffered while in the service of the vessel, the M/V MR. BENITO?**

We, the jury, unanimously find:

\_\_\_\_✓\_\_\_\_ YES          \_\_\_\_~~~~\_\_\_\_ NO

If the answer to Question (5) is "NO," please proceed to Question (6). If "YES," please sign and date this form and return it to the Marshal.


**(6) Do you find that Plaintiff Richard Bosarge is entitled to maintenance and cure?**

We, the jury, unanimously find:

_____ YES          _____ NO

If the answer to Question (6) is "YES," please proceed to Question (7). If "NO," please sign and date this form and return it to the Marshal.

3

(7) With respect to the injuries at issue in this case, do you find that Plaintiff Richard Bosarge has reached maximum medical improvement?

We, the jury, unanimously find:

_____ YES          _____ NO

(8) On what date do you find that Plaintiff Richard Bosarge reached or will reach maximum medical improvement?

We, the jury, unanimously find:

Date: _____

(9) What amount of future cure do you find is owed to Plaintiff Richard Bosarge?

We, the jury, unanimously find:

$_____

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 28th day of January, 2016.

_____
JURY REPRESENTATIVE