UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD BOSARGE | CIVIL ACTION |
| VERSUS | NO. 14-2153 |
| CHERAMIE MARINE LLC | SECTION "H"(4) |

JUDGMENT

Considering the verdict of the jury rendered on January 28, 2016,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the plaintiff's complaint against defendant is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 4th day of February, 2016

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE